Certificate Number: 05781-TNW-DE-041326557

Bankruptcy Case Number: 26-24380

05781-TNW-DE-041326557

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2026, at 11:57 o'clock AM PDT, Marion Mishay Crenshaw completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Tennessee.

Date: August 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President